# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

152034

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JEREMY DAVID McLAUGHLIN,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 152034
COA: 327170
Wayne CC: 14-004608-FH

_____/

      On order of the Court, the application for leave to appeal the June 9, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



t1216

Clerk